UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO:  19-21400-RAM

JUAN M CABRERA HERNANDEZ
       Debtor(s)
_____/

TRUSTEE'S OBJECTION TO EXEMPTIONS (POST CONFIRMATION)
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Objection to Exemptions (Post Confirmation) and states as follows:

1) Nancy K Neidich, Standing Chapter 13 Trustee, objects to the exemption of property as stated in the debtor(s)' Schedules as being over the legal limit and/or raising a question as to the amount of the claimed exemption and therefore it does not appear that the debtors are entitled to same and therefore excessive or inappropriate exemptions should be stricken and disallowed.

2) Objecting specifically as the Debtor is exempting an previously undisclosed lawsuit identified as Juan Cabrera Gonzalez vs Geovera Specialty Insurance Company, Case No: 2020-016046-CA-01

3) The Trustee has not received any information as to the basis of the lawsuit.

4) If the lawsuit is for the repair of the debtor's homestead property, any award that is not to be used to perform post petition repairs to the home should not be exempt.

                              RESPECTFULLY SUBMITTED:
                              NANCY K. NEIDICH, ESQUIRE
                              STANDING CHAPTER 13 TRUSTEE
                              P.O. BOX 279806
                              MIRAMAR, FL 33027-9806

                              By: /s/_____
                              Amy E. Carrington, Esq.
                              *Senior Staff Attorney*
                              FLORIDA BAR NO: 101877

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of this Objection to Exemptions and the Notice of Hearing was served through NEF on Robert Sanchez, Esq debtor's attorney on December 15, 2020

    /s/
    Amy E Carrington, Esq