

**ORDERED in the Southern District of Florida on January 12, 2021.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

CASE NO. 19-21400-RAM

JUAN M CABRERA HERNANDEZ
    Debtor

_____/

AGREED ORDER ON OBJECTION TO EXEMPTIONS (ECF #43)

THIS CASE came on to be heard on the Trustee's Objection to Exemptions (#43), and the Court being advised that the parties agreed to the entry of the following order, and based on the record, it is ORDERED as follows:

1. The Objection to Exemptions (ECF #43) is sustained in part and denied in part

2. Any funds recovered by the Debtor to repair or replace the structure of the homestead is exempt.

3. Any funds recovered by the Debtor that is not earmarked to repair or replace the structure of the homestead is not exempt.

4. The Debtor shall provide the Chapter 13 Trustee with a breakdown of the necessary

repairs and file a motion to approve any settlement or to disclose any award in the State Court case.

* * *

Submitted by
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Nancy K Neidich, Esq, Chapter 13 Trustee, is directed to serve a conformed copy of this Order to Debtor's Attorney immediately upon receipt and filed a certificate of service with the Clerk of the Court